**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 10-10161 & 10-10163 |
| Plaintiff - Appellee, | D.C. Nos. 2:08-cr-50102-GMS<br>3:99-cr-00146-GMS |
| v. | |
| CHRISTOPHER LEE MANN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted April 5, 2011[**]

Before:      B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

   In these consolidated appeals, Christopher Lee Mann appeals from the

consecutive 44-month and 24-month sentences imposed following the revocation

of supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we vacate

and remand for resentencing.

_____

   [*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Mann contends that the district court procedurally erred by relying on factors excluded from 18 U.S.C. § 3583(e). It is unclear from the record whether those factors served as the primary basis for the sentences imposed. *See United States v. Miqbel,* 444 F.3d 1173, 1182 (9th Cir. 2006); *see also United States v. Simtob,* 485 F.3d 1058, 1062 (9th Cir. 2007). Accordingly, we vacate and remand for resentencing.

In light of this disposition, we decline to reach Mann's other arguments.

**VACATED; REMANDED for resentencing.**